

# Fourth Court of Appeals
## San Antonio, Texas

April 09, 2013

No. 04-12-00841-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN**, Allan P. Blosxom, III, Thomas O. Stoner, Stormy Night, LLC and TOS Ranch, LLC,
Appellants

v.

**DOUBLE KNOBS MOUNTAIN RANCH, INC** and Carlton E. Thompson,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV
Honorable Mickey R. Pennington, Judge Presiding

# O R D E R

The reporter's record was originally due March 5, 2013; however, the court granted the court reporter, Leticia Escamilla an extension of time until March 29, 2013 to file the record. The record was not filed. Instead, on April 5, Escamilla filed a motion for extension of time until April 12, 2013, to file the record

We grant the motion and order **Leticia Escamilla** file the record by **April 12, 2013**. Ms. Escamilla is advised that the court will not grant a further extension of time unless Escamilla (1) establishes there are extraordinary circumstances that prevent her from timely filing the record and (2) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2013.

_____
Keith E. Hottle, Clerk of Court

April 09, 2013

No. 04-12-00841-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN**, Allan P. Blosxom, III, Thomas
O. Stoner, Stormy Night, LLC and TOS Ranch, LLC,
Appellants

v.

**DOUBLE KNOBS MOUNTAIN RANCH, INC** and Carlton E. Thompson,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV
Honorable Mickey R. Pennington, Judge Presiding

# O R D E R

The reporter's record was originally due March 5, 2013; however, the court granted the
court reporter, Leticia Escamilla an extension of time until March 29, 2013 to file the record. The
record was not filed. Instead, on April 5, Escamilla filed a motion for extension of time until
April 12, 2013, to file the record

We grant the motion and order **Leticia Escamilla** file the record by **April 12, 2013**. Ms.
Escamilla is advised that the court will not grant a further extension of time unless Escamilla (1)
establishes there are extraordinary circumstances that prevent her from timely filing the record
and (2) provides the court reasonable assurance the record will be completed and filed by the
requested extended deadline.

/s/ Luz Elena D. Chapa
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 9th day of April, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 9TH DAY OF April, 2013.

VOL. _____ PAGE _____